```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

CURTIS DEAN BURTCH, JR.,         \*

    Plaintiff,                        \*

vs.                                     \*
                                         CASE NO. 3:22-CV-14 (CDL)

THE STATE OF GEORGIA,           \*

    Defendant.                     \*

## O R D E R

Curtis Dean Burtch, Jr. filed an unsigned "Notice to File a Civil Suit Tort Claim" on February 2, 2022. He did not pay a filing fee or move to proceed in forma pauperis. The Clerk of the Court notified Burtch that a pleading "must be signed by a party personally if the party is unrepresented." Notice of Deficiency (Feb. 2, 2022). The Clerk of the Court further notified Burtch that failure to comply with the notice may result in dismissal of his case.

Burtch did not respond to the Clerk's notice. He did not file a complaint, pay the filing fee, or file a motion to proceed in forma pauperis. Under these circumstances, the Court directs the Clerk to administratively close this action.

IT IS SO ORDERED, this 20th day of May, 2022.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA